GEORGE DETTLING et al., Respondents, *v.* NATHAN HESS, Appellant.

APPEAL from an order.

J. C. Risenbaun, for appellant.

Epstein Bros., for respondents.

*Per Curiam.* The order appealed from is affirmed, with costs.

Present: FITZSIMONS and O'DWYER, JJ.
Order affirmed, with costs.

---

HERMAN FROMME et al., Appellants, *v.* HERMAN JARECKY, Respondent.

APPEAL from an order.

Fromme Bros., for appellants.

J. C. De La Mare, for respondent.

*Per Curiam.* The order appealed from is affirmed, with costs.

Present: VAN WYCK, Ch. J., FITZSIMONS and O'DWYER, JJ.
Order affirmed, with costs.

---

IDA M. NEWCOMBE, Respondent, *v.* THOMAS EAGLETON, Appellant.

APPEAL from a judgment entered in favor of the plaintiff and from order denying a motion for a new trial.

Foley & Earley, for appellant.

Booraem, Hamilton & Becket, for respondent.

*Per Curiam.* Judgment and order affirmed, with costs.

Present: VAN WYCK, Ch. J., and O'DWYER, J.
Judgment and order affirmed, with costs.